**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **PAUL WILLIAMS, *et al*.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:23-cv-464 (MTT)** |
| | ) | |
| **BLECKLEY COUNTY GEORGIA, *et al*.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

Plaintiff Hidden Creek Farms & Transport, LLC ("Hidden Creek"), has failed to comply with the Court's order to retain new counsel after its former counsel withdrew. *See* ECF 71; 72; 73; *Palazzo v. Gulf Oil Corp.,* 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear *pro se*, and must be represented by counsel."). Accordingly, Hidden Creek's claims are **DISMISSED.** The Defendants shall brief the impact of the dismissal of Hidden Creek, putting aside their motion for judgment on the pleadings (ECF 74), no later than **August 14, 2026.** For example, who holds the claims asserted in the amended complaint.

**SO ORDERED**, this 31st day of July, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT