IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| PAUL WILLIAMS, et al., | * | |
| Plaintiffs, | * | |
| v. | | Case No. 5:23-cv-464 (MTT) |
| | * | |
| BLECKLEY COUNTY GEORGIA, et al., | | |
| | * | |
| Defendants. | | |
| | * | |

## **JUDGMENT**

Pursuant to this Court's Order dated August 18, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiffs shall recover nothing of Defendants.

This 18th day of August, 2026.

David W. Bunt, Clerk

s/ Kami D. Seward, Deputy Clerk